RICHARD J. KOPPEL-SBN 94045
Member on Inactive Status
The State Bar of California
32 Bellvista
Lake Forest, CA 92610
Tel.: (949) 690-7242
Email: chuteman6.rk@gmail.com
*Pro Per*



FEE PAID

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KOPPEL,<br><br>  Plaintiff,<br><br>v<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff-Coroner of Orange County, California, and DOES 1 – 10.<br>  Defendants. | Case No.: 8:23-cv-00813-GW-(DFM)<br><br>**PLAINTIFF'S NOTICE OF RELATED CASES**<br><br>**[FILED WITH PLAINITFF'S CIVIL COVER SHEET]** |

Pursuant to Local Rule 40.1(f), Plaintiff Richard J. Koppel notes potentially related cases:

Plaintiff here, like plaintiffs in the below listed cases, asserts Second Amendment challenges to California's statutory restrictions on the right to keep and bear arms which is protected by the Second Amendment and the

Fourteenth Amendment. Plaintiff also asserts denial of Due Process. Assignment of these cases to a single district judge might affect a saving of judicial effort or other economies, as they involve "some of the same parties and are based on . . . similar claims." Local Rule 40.1(g)(1).  In an attempt to better comply with the rule, Plaintiff indicates the nature of this case and his understanding of potentially related cases.

This case primarily challenges California law criminalizing the carrying of a concealable handgun in public places and challenging laws governing the issuance of Concealed Carrry Weapons licenses, including the requirement of Good Moral Character, and the requirement that applicants submit to Psychological Evaluations.  Plaintiff also raises Due Process and Equal Protection challenges.

### CENTRAL DISTRICT OF CALIFORNIA

### Southern Division

<u>Richards v. Bonta</u>, Case No.:  3:23-cv-00793-LAB-WVG (C.D. Cal. May 1, 2023) challenges the requirement that a gun buyer must wait a period before receiving permission to take possession of a firearm and if then not approved some dealers cancel the sale.

Renna v. Bonta, Case No.: 20-cv-2190-DMS-DEB (C.D. Cal. Nov, 10, 2020) challenges California's large capacity magazine law on Second Amendment grounds.

Boland v. Bonta, Case No. 822-cv-01421-CJC-ADS (C.. Cal. Aug. 1, 2022) is a Second Amendment challenge to California's Safe Gun Roster which prohibits the sale of newer handguns in the State.

Ellis v. Bonta, Case 8:22-cv-01995(C.D. Cal. Oct. 31, 2022.) is a case challenging the denial of a C.C.W. for lack of Good Moral Character. The case has been dismissed pursuant to stipulation. **Terminated.**

### Eastern Division

Nichols v. Newsome, Case No. 2:11-cv-09916-SJO-SS (C.D. Cal. Nov. 30, 2011) challenges California laws prohibiting open carry of loaded and unloaded firearms.

### SOUTHERN DISTRICT OF CALIFORNIA

Duncan v. Becerra, Case No. 17-cv-1017-BEN-JLB (S.D. Cal. (May 17, 2017); a Second Amendment case challenging California's prohibition of "large capacity magazines".

Miller v. Bonta, Case No. 3:22-cv-01446-BEN-JLB (S.D. Cal. Sept. 26, 2022) is a Second Amendment case challenging California's ban on firearms determined by features to be "assault weapons"

Rhode v. Becerra, Case No. 3:18-cv-00802-BEN-JLB (S.D. Cal. Apr. 26, 2018) is a Second Amendment challenge to California's regulation of ammunition sales.

Rupp v. Bonta, Case No. 8:17-cv-00746-JLS-JDE (S.D. Cal. Apr. 24, 2017) is a Second Amendment challenge to California's Assault Weapons Control Act.

Fouts v. Becerra, Case No.19-cv-01662-BEN-JLB (S.D. Cal. Sept. 1, 2019); a Second Amendment challenge to the criminalization of Billy Clubs.

Knife Rights, Inc. v. Bonta, Case No. 3:23-cv-00474-JES-DDL (S.D. Cal. Mar. 15, 2023) brings a Second Amendment challenge to California law prohibiting the carrying of several types of knives on the ground that these types of knives are also arms.

## EASTERN DISTRICT OF CALIFORNIA

Wiese v. Bonta, Case No. 1:17-cv-00346-WBS-KJN (E.D. Cal. Apr. 9, 2019) is a Second Amendment and Equal Protection challenge to California's prohibition on "large capacity magazines." There is also a challenge on the

Takings Clause of the Fifth Amendment and the Due Process Clause of the Fourteenth Amendment.

<u>Baird v. Becerra</u>, Case No. 2:19-cv-00617-KJM-AC (E.D. Cal. Apr. 19, 2019) is potentially related as it involves a Second Amendment challenge to California's law prohibiting the open public carry of handguns.

Dated this 9th day of March, 2023

                                                            RICHARD J. KOPPEL
                                                            Pro Per