# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RICHARD J. KOPPEL, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | 8:23-CV-00813 GW (DFM) |
| v. | |
| ROBERT BONTA, et al., | ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by Plaintiff, Richard J. Koppel is hereby:

☑ **GRANTED**

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: May 18, 2023

Douglas F. McCormick
United States District/Magistrate Judge

☐ **DENIED**

Comments:

Dated: _____

United States District/Magistrate Judge

CV-05 Order (12/15)   ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING