LEON J. PAGE, COUNTY COUNSEL
CAROLYN KHOUZAM, DEPUTY – State Bar No. 272166
and KAYLA N. WATSON, DEPUTY – State Bar No. 286423
400 W. Civic Center Drive, Suite 202
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-3300
Facsimile: (714) 834-2359
Email: kayla.watson@coco.ocgov.com

Attorneys for Defendant
DON BARNES, ORANGE COUNTY SHERIFF-CORONER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KOPPEL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT BONTA, in his capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff-Coroner of the County of Orange, State of California, and DOES 1-10.<br><br>　　　　　　Defendant. | Case No. 8:23-cv-00813-GW-DFM<br><br>Assigned to the Honorable George H. Wu<br><br>Magistrate Judge Douglas F. McCormick<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[(Proposed) Order filed concurrently herewith]<br><br>**Complaint served on DON BARNES, May 22, 2023 and on ROBERT BONTA on May 24, 2023** |

//
//
//
//
//

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

WHEREAS, Plaintiff filed a Complaint on May 9, 2023 (ECF 1);

WHEREAS, Plaintiff served its Summons and Complaint on Defendant DON BARNES, in his official capacity as Orange County Sheriff, on May 22, 2023 (ECF No. 9);

WHEREAS, Defendant DON BARNES, is required to file his responsive pleading within twenty-one days of service of the Summons and Complaint, which is currently due on or before June 12, 2023;

WHEREAS, the Plaintiff has agreed to give Defendant DON BARNES a two (2) week continuance of his responsive pleading deadline, which would now be due on or before June 26, 2023;

WHEREAS, Plaintiff served its Summons and Complaint on Defendant ROBERT BONTA, in his official capacity as Attorney General on May 24, 2023 (ECF Nos. 1, 9);

WHEREAS, Defendant ROBERT BONTA, is required to file his responsive pleading within twenty-one days of service of the Summons and Complaint, which is due on or before June 14, 2023;

WHEREAS, the Plaintiff has agreed to give Defendant ROBERT BONTA a two (2) week continuance of his responsive pleading deadline, which would now be due on or before June 28, 2023;

NOW, THEREFORE, by and through their respective counsel, the Parties hereby stipulate and agree, subject to approval by the Court, that Defendant DON BARNES' responsive pleading shall be due on or before June 26, 2023, and Defendant ROBERT BONTA's responsive pleading shall be due on or before June 28, 2023.

//
//
//
//
//

IT IS SO STIPULATED.

DATED: June 6, 2022

By  /s/ Kayla N. Watson
    Kayla N. Watson

Attorneys for Defendant
DON BARNES, ORANGE COUNTY SHERIFF-CORONER

DATED: June 6, 2022

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

/S/NICOLE J. KAU
NICOLE J. KAU
Deputy Attorney General
*Attorneys for Defendant*
*Rob Bonta, Attorney General of California*

DATED: June 6, 2022

By  /s/ Richard J. Koppel
    Richard J. Koppel

Attorney for Plaintiff, In Pro Per

- 3 -
STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

# CERTIFICATE OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of Orange, over 18 years old and that my business address is 400 West Civic Center Blvd. Suite 202, Santa Ana, CA 92701.   My email address is julie.hicks@coco.ocgov.com.  I am not a party to the within action.

On June 7, 2023 I served the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND (PROPOSED) ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** on the following party to this action in the following manner:

[]    (BY U.S. MAIL) I placed such envelope(s) addressed as shown below for collection and mailing at Santa Ana, California, following our ordinary business practices.  I am readily familiar with this office's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[x]    (BY ELECTRONIC SERVICE) Pursuant to California Rules of Court, rule 2.251(c)(2), by submitting an electronic version of the document(s),  I caused the documents to be sent to the person(s) listed below.

[]    (BY FACSIMILE) I caused such document to be telefaxed to the addressee(s) and number(s) shown below, wherein such telefax is transmitted that same day in the ordinary course of business.

[]    (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered to the addressee(s) shown below.

[X]    (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  June 7, 2023            */s/ Julie Hicks*
                                                      Julie Hicks

**NAME AND ADDRESS TO WHOM SERVICE WAS MADE**

| | |
|---|---|
| Richard J. Koppel<br>32 Bellvista<br>Lake Forest, CA  92610<br>Telephone:  949-690-7242<br>Email:  chuteman6.rk@gmail.com | Petitioner, In Pro Per |
| Robert Bonta,<br> Office of the Attorney General of California<br>300 South Spring Street, Ste. 1702<br>Los Angeles, CA  90013-1230<br>Attn:  Nicole J. Kau<br>Email:  Nicole.kau@doj.ca.gov | Defendant, Robert Bonta,<br>Attorney General of California |

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE