LEON J. PAGE, COUNTY COUNSEL
CAROLYN KHOUZAM, DEPUTY – State Bar No. 272166
and KAYLA N. WATSON, DEPUTY – State Bar No. 286423
400 W. Civic Center Drive, Suite 202
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-3300
Facsimile: (714) 834-2359
Email: kayla.watson@coco.ocgov.com
        carolyn.khouzam@coco.ocgov.com

Attorneys for Defendant
DON BARNES, ORANGE COUNTY SHERIFF-CORONER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

| | |
|---|---|
| RICHARD J. KOPPEL, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT BONTA, in his capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff-Coroner of the County of Orange, State of California, and DOES 1-10. <br><br> Defendant. | Case No. 8:23-cv-00813-GW-(DFM) <br><br> **DEFENDANT DON BARNES, ORANGE COUNTY SHERIFF-CORONER'S ANSWER TO COMPLAINT** <br><br> Courtroom:  9D <br><br> Judge:  The Honorable George H. Wu <br><br> Trial Date:  None set <br><br> Action Filed:  May 9, 2023 |

Defendant Don Barnes (Defendant), in his official capacity as Sheriff-Coroner of the County of Orange, submits his answer in response to the Complaint (ECF No. 1). For the convenience of the Court and the parties, Defendant utilizes the same headings as set forth in the Complaint. In doing so, Defendant neither admits nor denies any

allegations that may be suggested by the Complaint's headings.  Defendant hereby answers the Complaint in corresponding paragraphs, as follows:

### INTRODUCTION

1.      Paragraph No. 1. Defendant admits that Plaintiff has been denied a Concealed Carry Weapons license by the Orange County Sheriff's Department ("the Sheriff") for lack of Good Moral Character more than once.  The remaining allegations in this paragraph are vague and ambiguous and therefore Defendant lacks sufficient knowledge or information to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation therein.

2.      Paragraph No. 2. This paragraph consists of legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies each and every allegation in this paragraph.

### JURISDICTION AND VENUE

3.      Paragraph No. 3. This paragraph consists of legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies each and every allegation in this paragraph.

4.      Paragraph No. 4. This paragraph consists of legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies each and every allegation in this paragraph.

### THE PARTIES

5.      Paragraph No. 5. Defendant lacks sufficient knowledge or information to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation therein.

6.      Paragraph No. 6. Defendant admits that he is the Sheriff-Coroner of Orange County, and the chief law enforcement officer of the Orange County Sheriff's Department (OCSD). The remaining allegations in this paragraph contain argument and legal contentions that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant denies each and every allegation.

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

7.      Paragraph No. 7. Defendant admits that Rob Bonta is the Attorney General of the State of California, that the Attorney General is the chief law enforcement officer of the state, and that he is the head of the California Department of Justice (DOJ). The remaining allegations in this paragraph contain argument and legal contentions that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant denies each and every allegation.

8.      Paragraph No. 8. Defendant lacks sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation.

## GENERAL ALLEGATIONS

9.      Paragraph No. 9. This paragraph consists of legal contentions and/or conclusions of law to which no response is required.  Defendant denies any allegations that misstate the law.  To the extent a response is required, Defendant denies each and every allegation in this paragraph.

10.      Paragraph No. 10. This paragraph consists of legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies each and every allegation in this paragraph.

11.      Paragraph No. 11. Defendant lacks sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation.

12.      Paragraph No. 12. This paragraph consists of legal contentions and/or conclusions of law to which no response is required.  Defendant denies any allegations that misstate the law.  To the extent a response is required, Defendant denies each and every allegation in this paragraph.

13.      Paragraph No. 13.  Defendant admits the allegations in this paragraph.

14.      Paragraph No. 14.  Defendant admits the allegation that OCSD notified Plaintiff that the first two applications were denied for lack of Good Moral Character. Defendant admits the allegation that OCSD referred Plaintiff to psychological testing.

DEFENDANT DON BARNES, ORANGE COUNTY SHERIFF-CORONER'S
ANSWER TO COMPLAINT

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

The remaining allegations in this paragraph are vague and ambiguous and therefore Defendant lacks sufficient knowledge or information to respond to the factual allegations, and on that basis denies the remaining allegations therein.  In addition to being vague and ambiguous, the remaining allegations also consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, and as except as expressly admitted herein, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.[1]

15.    Paragraph No. 15. Defendant admits that a CCW applicant must pay fees to obtain a CCW license, including a fee if referred to psychological testing. The remaining allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, and as except as expressly admitted herein, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.[2]

16.    Paragraph No. 16. Defendant admits that OCSD sent Plaintiff a letter in 2016 informing him that his 2016 CCW application was denied for failure to satisfy the requirements listed in Penal Code 26150 and that the requirement of good moral character was not satisfied.  Defendant admits that OCSD sent Plaintiff a letter in 2018 informing him that his 2017 CCW application was denied for the same reason. Defendant denies any remaining allegations in this paragraph.

17.    Paragraph No. 17. Defendant admits that the 2016 letter stated "Applicants and permit holders are not entitled to an appeal of this decision nor is there any property

---

[1] This footnote consists of legal contentions and/or conclusions of law to which no response is required.  Defendant denies any allegations that misstate the law.  To the extent a response is required, Defendant denies each and every allegation in this footnote.
[2] This footnote consists of legal contentions and/or conclusions of law to which no response is required.  Defendant denies any allegations that misstate the law.  To the extent a response is required, Defendant denies each and every allegation in this footnote.

DEFENDANT DON BARNES, ORANGE COUNTY SHERIFF-CORONER'S
ANSWER TO COMPLAINT

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

right to possess a CCW license." Defendant admits that the 2018 letter informed Plaintiff that his 2017 CCW application was denied for lack of Good Moral Character. The remaining allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required. To the extent a response is required, and as except as expressly admitted herein, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

18.     Paragraph No. 18. This paragraph consists of legal contentions and/or conclusions of law to which no response is required. To the extent a response is required, Defendant denies each and every allegation in this paragraph.

19.     Paragraph No. 19. This paragraph consists of legal contentions and/or conclusions of law to which no response is required. To the extent a response is required, Defendant denies each and every allegation in this paragraph.

20.     Paragraph No. 20. Defendant admits the allegation that OCSD reported Plaintiff's CCW application results to the Department of Justice. Defendant lacks sufficient information or belief to respond to the remaining factual allegations in this paragraph, and on that basis denies the remaining allegations. Moreover, the remaining allegations consist of legal contentions and/or conclusions of law to which no response is required. To the extent a response is required, Defendant denies each and every allegation in this paragraph.[3]

21.     Paragraph No. 21. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required. To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.[4]

---

[3] This footnote consists of legal contentions and/or conclusions of law to which no response is required. Defendant denies any allegations that misstate the law. To the extent a response is required, Defendant denies each and every allegation in this footnote.

[4] This footnote consists of legal contentions and/or conclusions of law to which no response is required. Defendant denies any allegations that misstate the law. To the extent a response is required, Defendant denies each and every allegation in this footnote.

DEFENDANT DON BARNES, ORANGE COUNTY SHERIFF-CORONER'S
ANSWER TO COMPLAINT

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

22.     Paragraph No. 22. Defendant lacks sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation. This paragraph also contains a citation to legal authority that speaks for itself, requiring no response by Defendant. Defendant denies any allegations that misstate the law. To the extent that a response is required, Defendant denies each and every allegation.[5]

23.     Paragraph No. 23. Defendant lacks sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation.

24.     Paragraph No. 24. Defendant lacks sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation.

25.     Paragraph No. 25. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

26.     Paragraph No. 26. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

27.     Paragraph No. 27. This paragraph consists of a citation to legal authority that speaks for itself, requiring no response by Defendant. Defendant denies any allegations that misstate the law. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

---

[5] This footnote consists of legal contentions and/or conclusions of law to which no response is required.  Defendant denies any allegations that misstate the law.  To the extent a response is required, Defendant denies each and every allegation in this footnote.

DEFENDANT DON BARNES, ORANGE COUNTY SHERIFF-CORONER'S
ANSWER TO COMPLAINT

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

28.    Paragraph No. 28. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

29.    Paragraph No. 29. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

30.    Paragraph No. 30. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

31.    Paragraph No. 31. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

32.    Paragraph No. 32. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

**Good Moral Character**

33.    Paragraph No. 33. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

34.    Paragraph No. 34. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the

DEFENDANT DON BARNES, ORANGE COUNTY SHERIFF-CORONER'S
ANSWER TO COMPLAINT

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

35.     Paragraph No. 35. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

36.     Paragraph No. 36. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.[6]

37.     Paragraph No. 37. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

38.     Paragraph No. 38. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.[7]

39.     Paragraph No. 39. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

---

[6]  This footnote consists of legal contentions and/or conclusions of law to which no response is required.  Defendant denies any allegations that misstate the law.  To the extent a response is required, Defendant denies each and every allegation in this footnote.

[7]  This footnote consists of legal contentions and/or conclusions of law to which no response is required.  Defendant denies any allegations that misstate the law.  To the extent a response is required, Defendant denies each and every allegation in this footnote.

DEFENDANT DON BARNES, ORANGE COUNTY SHERIFF-CORONER'S
ANSWER TO COMPLAINT

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

40.     Paragraph No. 40. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

41.     Paragraph No. 41. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

42.     Paragraph No. 42. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

43.     Paragraph No. 43. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

44.     Paragraph No. 44. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

45.     Paragraph No. 45. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.[8]

_____

[8]  This footnote consists of legal contentions and/or conclusions of law to which no response is required.  Defendant denies any allegations that misstate the law.  To the extent a response is required, Defendant denies each and every allegation in this footnote.

DEFENDANT DON BARNES, ORANGE COUNTY SHERIFF-CORONER'S
ANSWER TO COMPLAINT

46.     Paragraph No. 46. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

47.     Paragraph No. 47. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

### FIRST CLAIM FOR RELIEF

### Violation of the Second and Fourteenth Amendments (42 U.S.C. § 1983)

48.     Paragraph No. 48. Defendant incorporates by reference the responses set forth above.

49.     Paragraph No. 49. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

50.     Paragraph No. 50. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

51.     Paragraph No. 51. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

52.     Paragraph No. 52. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

DEFENDANT DON BARNES, ORANGE COUNTY SHERIFF-CORONER'S ANSWER TO COMPLAINT

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

## SECOND CLAIM FOR RELIEF

53.     Paragraph No. 53. Defendant incorporates by reference the responses set forth above.

54.     Paragraph No. 54. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

55.     Paragraph No. 55. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

## THIRD CLAIM OF RELIEF

56.     Paragraph No. 56. Defendant incorporates by reference the responses set forth above.

57.     Paragraph No. 57. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

58.     Paragraph No. 58. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

59.     Paragraph No. 59. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

60.     Paragraph No. 60. The allegations in this paragraph consist of Plaintiff's legal contentions and/or conclusions of law to which no response is required.  To the

DEFENDANT DON BARNES, ORANGE COUNTY SHERIFF-CORONER'S ANSWER TO COMPLAINT

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

extent a response is required, Defendant denies any allegation that misstates the law and further denies all remaining allegations in this paragraph.

## PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to any of the relief requested in the Complaint, or any relief whatsoever. To the extent that the Prayer for Relief contains any allegations to which a response is required, Defendant denies them.

## GENERAL DENIAL

Defendant denies each and every allegation in the Complaint that has not otherwise been expressly admitted, qualified, or denied.

## SPECIFIC AFFIRMATIVE DEFENSES

Without limiting or waiving any defenses available to it, the Defendants hereby assert that:

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State Facts Sufficient to Constitute a Cause of Action)

The Complaint, all causes of action therein and relief requested, are barred by the United States Constitution, Amendment XI.

### SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The causes of action are time-barred by the statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

### (Standing)

Plaintiff's claims are barred because Plaintiff lacks standing.

### FOURTH AFFIRMATIVE DEFENSE

### (Inadequate Remedy at Law)

The Court should dismiss the Complaint because Plaintiff has an adequate remedy at law.

///

///

DEFENDANT DON BARNES, ORANGE COUNTY SHERIFF-CORONER'S
ANSWER TO COMPLAINT

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

1
2
3
4
5
6
7
8
9
10
11

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel, Laches, Unclean Hands, Waiver)

The Complaint, all causes of action therein and relief requested, are barred by the equitable doctrines of estoppel, laches, unclean hands, and/or waiver.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to mitigate)

Plaintiff has failed to mitigate damages.

## SEVENTH AFFIRMATIVE DEFENSE

### (Abstention)

The Complaint, all causes of action therein and relief requested, are barred by the doctrine of abstention.

## EIGHTH AFFIRMATIVE DEFENSE

### (Failure to Exhaust)

Plaintiff has failed to exhaust administrative remedies.

## NINTH AFFIRMATIVE DEFENSE

### (Compliance with Law)

Plaintiff's claims fail because Defendant has complied with all applicable federal, state, and local laws and regulations and acted justifiably, reasonably, and in good faith in doing so.

## TENTH AFFIRMATIVE DEFENSE

### (Ripeness)

The Complaint is barred in whole or in part by the fact that the controversy alleged therein is premature and not ripe for review.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Subject Matter Jurisdiction)

This Court lacks subject matter jurisdiction to consider Plaintiff's claims or to grant the relief sought in the Complaint.

///

DEFENDANT DON BARNES, ORANGE COUNTY SHERIFF-CORONER'S
ANSWER TO COMPLAINT

## TWELFTH AFFIRMATIVE DEFENSE

### (Mootness)

Plaintiff's claims for declaratory or injunctive relief are moot.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

Defendant has not knowingly or intentionally waived any applicable affirmative defense. Defendant reserves the right to assert and rely upon other such defenses as may become available or apparent during discovery proceedings or as may be raised or asserted by others in this case, and to amend the Answer and/or affirmative defenses accordingly. Defendant further reserves the right to amend the Answer to delete affirmative defenses that they determine are not applicable after subsequent discovery.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays that:

1. Plaintiff takes nothing by reason of the Complaint;

2. Judgment be entered in favor of Defendant;

3. Defendant be awarded costs incurred in defending this action; and

4. Defendant be awarded such further relief that the Court may deem just and proper.

DATED:  June 26, 2023

By   */s/ Kayla N. Watson*
    Kayla N. Watson

Attorneys for Defendant
DON BARNES, ORANGE COUNTY SHERIFF-CORONER

DEFENDANT DON BARNES, ORANGE COUNTY SHERIFF-CORONER'S
ANSWER TO COMPLAINT

OFFICE OF THE COUNTY COUNSEL
COUNTY OF ORANGE