1  ROB BONTA
   Attorney General of California
2  R. MATTHEW WISE
   Supervising Deputy Attorney General
3  NICOLE J. KAU
   Deputy Attorney General
4  State Bar No. 292026
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6220
6   Fax:  (916) 731-2125
    E-mail:  Nicole.Kau@doj.ca.gov
7  *Attorneys for Defendant Attorney General*
   *Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD J. KOPPEL,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT BONTA, in his official capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff-Coroner of the County of Orange, State of California, and DOES 1-10,**<br><br>Defendants. | Case No. 8:23-cv-00813<br><br>**DEFENDANT ATTORNEY GENERAL ROB BONTA'S ANSWER TO COMPLAINT**<br><br>Courtroom:  9D<br>Judge:  The Honorable George H. Wu<br>Trial Date:  None set<br>Action Filed: May 9, 2023 |

Defendant Rob Bonta (Defendant), in his official capacity as Attorney General of the State of California, submits his answer in response to the Complaint (ECF No. 1). Defendant hereby answers the Complaint in corresponding paragraphs, as follows:

## INTRODUCTION[1]

1. Paragraph No. 1. Defendant lacks sufficient knowledge or information to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation therein.

2. Paragraph No. 2. This paragraph consists of allegations that contain argument, legal contentions, and citation to legal authority that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant denies each and every allegation.

## JURISDICTION AND VENUE

3. Paragraph No. 3. This paragraph consists of legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies each and every allegation in this paragraph.

4. Paragraph No. 4. This paragraph consists of legal contentions and/or conclusions of law to which no response is required.  To the extent a response is required, Defendant denies each and every allegation in this paragraph."

## THE PARTIES

5. Paragraph No. 5. Defendant lacks sufficient knowledge or information to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation therein.

6. Paragraph No. 6. Defendant admits that Don Barnes is the Sheriff-Coroner of Orange County, and the chief law enforcement officer of the Orange County Sheriff's Department (OCSD). The remaining allegations in this paragraph contain argument and legal contentions that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant denies each and every allegation.

---

[1] For the convenience of the Court and the parties, Defendant utilizes certain headings set forth in the Complaint.  In doing so, Defendant neither admits nor denies any allegations that may be suggested by the Complaint's headings.

7. Paragraph No. 7. Defendant admits that he is the Attorney General of the State of California, that the Attorney General is the chief law enforcement officer of the state, and that he is the head of the California Department of Justice (DOJ). The remaining allegations in this paragraph contain argument and legal contentions that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant denies each and every allegation.

8. Paragraph No. 8. Defendant lacks sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation.

## GENERAL ALLEGATIONS

9. Paragraph No. 9. This paragraph consists of allegations that contain argument, legal contentions, and citations to legal authorities that speak for themselves, requiring no response by Defendant. Defendant denies any allegations that misstate the law. To the extent that a response is required, Defendant denies each and every allegation.

10. Paragraph No. 10. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant denies each and every allegation.

11. Paragraph No. 11. Defendant lacks sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation.

12. Paragraph No. 12. This paragraph consists of allegations that contain argument, legal contentions, and citations to legal authorities that speak for themselves, requiring no response by Defendant. Defendant denies any allegations that misstate the law. To the extent that a response is required, Defendant denies each and every allegation.

13. Paragraph No. 13. Defendant lacks sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation.

14. Paragraph No. 14. Defendant lacks sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation. Footnote 1 cited therein consists of allegations citing legal authority that speaks for itself, requiring no response by Defendant. Defendant denies any allegations that misstate the law. To the extent that a response is required, Defendant denies each and every allegation.

15. Paragraph No. 15. Defendant admits that a CCW applicant must pay fees to obtain a CCW license, but lacks sufficient information or belief to respond to the remaining factual allegations in this paragraph, and on that basis denies each and every remaining factual allegation. This paragraph also consists of allegations that contain argument, legal contentions, and citation to authorities that speak for themselves, requiring no response by Defendant. Defendant denies any allegations that misstate the law. To the extent that a response is required, Defendant denies each and every allegation.

16. Paragraph No. 16. Defendant lacks sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation.

17. Paragraph No. 17. Defendant lacks sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis denies each and every factual allegation. This paragraph also consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendant. To the extent a response is required, Defendant denies each and every allegation.

18. Paragraph No. 18. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by

Defendant. To the extent that a response is required, Defendant denies each and every allegation.

19. Paragraph No. 19. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by Defendant. To the extent that a response is required, Defendant denies each and every allegation.

20. Paragraph No. 20. Defendant admits that there was an unauthorized release of personal information from the DOJ's 2022 Firearms Dashboard, as reported in its press release on June 29, 2022, available at https://oag.ca.gov/news/press-releases/california-department-justice-alerts-individuals-impacted-exposure-personal. Defendant denies that information relating to Plaintiff was released. This paragraph also consists of allegations that contain argument that speaks for itself, requiring no response by Defendant. To the extent that a response is required, Defendant denies each and every allegation.

21. Paragraph No. 21. This paragraph consists of allegations that contain argument, legal contentions, and citation to legal authority that speak for themselves, requiring no response by Defendant. Defendant denies any allegations that misstate the law. To the extent that a response to is required, Defendant denies each and every allegation.

22. Paragraph No. 22. Defendant lacks sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation. This paragraph also contains a citation to legal authority that speaks for itself, requiring no response by Defendant. Defendant denies any allegations that misstate the law. To the extent that a response is required, Defendant denies each and every allegation.

23. Paragraph No. 23. Defendant lacks sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation.

24. Paragraph No. 24. Defendant lacks sufficient information or belief to respond to the factual allegations in this paragraph, and on that basis denies each and every allegation.

25. Paragraph No. 25. This paragraph consists of a citation to legal authority that speaks for itself, requiring no response by Defendant. Defendant denies any allegations that misstate the law. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

26. Paragraph No. 26. This paragraph consists of a citation to legal authority that speaks for itself, requiring no response by Defendant. Defendant denies any allegations that misstate the law. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

27. Paragraph No. 27. This paragraph consists of a citation to legal authority that speaks for itself, requiring no response by Defendant. Defendant denies any allegations that misstate the law. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

28. Paragraph No. 28. This paragraph consists of a citation to legal authority that speaks for itself, requiring no response by Defendant. Defendant denies any allegations that misstate the law. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

29. Paragraph No. 29. This paragraph consists of a legal contention and citation to legal authority that speaks for itself, requiring no response by Defendant. Defendant denies any allegations that misstate the law. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

30. Paragraph No. 30. This paragraph consists of allegations that contain argument, legal contentions, and citation to legal authority that speak for themselves, requiring no response by Defendant. Defendant denies any allegations

that misstate the law. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

31. Paragraph No. 31. This paragraph consists of a citation to legal authority that speaks for itself, requiring no response by Defendant. Defendant denies any allegations that misstate the law. To the extent a response is required, Defendant denies each and every allegation.

32. Paragraph No. 32. This paragraph consists of allegations that contain argument, legal contentions, and citation to legal authority that speaks for itself, requiring no response. Defendant denies any allegations that misstate the law. To the extent a response is required, Defendant denies each and every allegation.

### Good Moral Character

33. Paragraph No. 33. This paragraph consists of allegations that contain argument, legal contentions, and citation to legal authority that speak for themselves, requiring no response. Defendant denies any allegations that misstate the law. To the extent a response is required, Defendant denies each and every allegation.

34. Paragraph No. 34. This paragraph consists of allegations containing argument and legal contentions that speak for themselves, requiring no response. To the extent a response is required, Defendant denies each and every allegation.

35. Paragraph No. 35. This paragraph consists of allegations containing argument and a citation to the Office of the Attorney General's Legal Alert, OAG-2022-02, June 24, 2022, available at [Legal Alert OAG-2022-02 (ca.gov)](#), which speak for themselves, requiring no response. Defendant denies any allegations that misstate the Alert. To the extent a response is required, Defendant denies each and every allegation.

36. Paragraph No. 36. This paragraph consists of allegations that contain argument, legal contentions, and citations to legal authorities that speak for themselves, requiring no response. Defendant denies any allegations that misstate

the law. To the extent a response is required, Defendant denies each and every allegation.

37. Paragraph No. 37. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response. To the extent a response is required, Defendant denies each and every allegation.

38. Paragraph No. 38. This paragraph consists of allegations that contain argument, legal contentions, and a citation to a news article that speak for themselves, requiring no response. To the extent a response is required, Defendant denies each and every allegation.

39. Paragraph No. 39. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response. To the extent a response is required, Defendant denies each and every allegation.

40. Paragraph No. 40. This paragraph consists of allegations that contain argument, legal contentions, and citation to legal authority that speak for themselves, requiring no response. Defendant denies any allegations that misstate the law. To the extent a response is required, Defendant denies each and every allegation.

41. Paragraph No. 41. This paragraph consists of allegations that contain argument, legal contentions, and citations to legal authority that speak for themselves, requiring no response. Defendant denies any allegations that misstate the law. To the extent a response is required, Defendant denies each and every allegation.

42. Paragraph No. 42. This paragraph consists of allegations that contain argument, legal contentions, and citation to legal authority that speak for themselves, requiring no response. Defendant denies any allegations that misstate the law. To the extent a response is required, Defendant denies each and every allegation.

43. Paragraph No. 43. This paragraph consists of allegations that contain argument, legal contentions, and citation to legal authority that speak for themselves, requiring no response. Defendant denies any allegations that misstate the law. To the extent a response is required, Defendant denies each and every allegation.

44. Paragraph No. 44. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response. To the extent a response is required, Defendant denies each and every allegation.

45. Paragraph No. 45. This paragraph consists of allegations that contain argument, legal contentions, and citation to legal authority that speak for themselves, requiring no response. Defendant denies any allegations that misstate the law. To the extent a response is required, Defendant denies each and every allegation.

46. Paragraph No. 46. This paragraph consists of allegations that contain argument, legal contentions, and citation to legal authority that speak for themselves, requiring no response. Defendant denies any allegations that misstate the law. To the extent a response is required, Defendant denies each and every allegation.

47. Paragraph No. 47. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response. To the extent a response is required, Defendant denies each and every allegation.

## FIRST CLAIM FOR RELIEF

**Violation of the Second and Fourteenth Amendments (42 U.S.C. § 1983)**

48. Paragraph No. 48. Defendant incorporates by reference the responses set forth above.

49. Paragraph No. 49. This paragraph consists of a citation to legal authority that speaks for itself, requiring no response. Defendant denies any allegations that

misstate the law. To the extent that a response to the allegations in this paragraph is required, Defendant denies each and every allegation.

50. Paragraph No. 50. This paragraph consists of a citation to legal authority that speaks for itself, requiring no response. Defendant denies any allegations that misstate the law. To the extent a response is required, Defendant denies each and every allegation.

51. Paragraph No. 51. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response. To the extent a response is required, Defendant denies each and every allegation.

52. Paragraph No. 52. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response. To the extent a response is required, Defendant denies each and every allegation.

## SECOND CLAIM FOR RELIEF

53. Paragraph No. 53. Defendant incorporates by reference the responses set forth above.

54. Paragraph No. 54. This paragraph consists of allegations that contain argument, legal contentions, and citation to legal authority that speak for themselves, requiring no response. Defendant denies any allegations that misstate the law. To the extent a response is required, Defendant denies each and every allegation.

55. Paragraph No. 55. This paragraph consists of allegations that contain argument, legal contentions, and citation to legal authority that speak for themselves, requiring no response. Defendant denies any allegations that misstate the law. To the extent a response is required, Defendant denies each and every allegation.

## THIRD CLAIM OF RELIEF

56. Paragraph No. 56. Defendant incorporates by reference the responses set forth above.

57. Paragraph No. 57. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response. To the extent a response is required, Defendant denies each and every allegation.

58. Paragraph No. 58. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response. To the extent a response is required, Defendant denies each and every allegation.

59. Paragraph No. 59. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response. To the extent a response is required, Defendant denies each and every allegation.

60. Paragraph No. 60. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response. To the extent a response is required, Defendant denies each and every allegation.

## PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to any of the relief requested in the Complaint, or any relief whatsoever. To the extent that the Prayer for Relief contains any allegations to which a response is required, Defendant denies them.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Court should dismiss the Complaint because it fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint, all causes of action therein and relief requested, are barred by the United States Constitution, Amendment XI.

### THIRD AFFIRMATIVE DEFENSE

The causes of action are time-barred by the statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because Plaintiff lacks standing.

## FIFTH AFFIRMATIVE DEFENSE

The Court should dismiss the Complaint because Plaintiff has an adequate remedy at law.

## SIXTH AFFIRMATIVE DEFENSE

The Complaint, all causes of action therein and relief requested, are barred by the equitable doctrines of estoppel, laches, unclean hands, and/or waiver.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate damages.

## EIGHTH AFFIRMATIVE DEFENSE

The Complaint, all causes of action therein and relief requested, are barred by the doctrine of abstention.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust administrative remedies.

## TENTH AFFIRMATIVE DEFENSE

The Complaint is barred in whole or in part because the controversy alleged is premature and not ripe for review.

## ELEVENTH AFFIRMATIVE DEFENSE

This Court lacks subject matter jurisdiction to consider Plaintiff's claims or to grant the relief sought in the Complaint.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims for declaratory or injunctive relief are moot.

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendant has not knowingly or intentionally waived any applicable affirmative defense. Defendant reserves the right to assert and rely upon other such defenses as may become available or apparent during discovery proceedings or as may be raised or asserted by others in this case, and to amend the Answer and/or affirmative defenses accordingly. Defendant further reserves the right to amend the

Answer to delete affirmative defenses that they determine are not applicable after subsequent discovery.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays that:

1. Plaintiff takes nothing by reason of the Complaint;
2. Judgment be entered in favor of Defendant;
3. Defendant be awarded costs incurred in defending this action; and
4. Defendant be awarded such further relief that the Court may deem just and proper.

Dated: June 27, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

/s/ NICOLE J. KAU
Deputy Attorney General
*Attorneys for Defendant*
*Rob Bonta, Attorney General of California*

SA2023302914
66021080_2.docx

# CERTIFICATE OF SERVICE

Case Name:  **Koppel, Richard James v. Robert Bonta, et al.**   No.   **8:23-cv-00813 (C.D. Cal.)**

I hereby certify that on June 27, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ATTORNEY GENERAL ROB BONTA'S ANSWER TO COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 27, 2023, at Los Angeles, California.

| Carol Chow | /s/*Carol Chow* |
|---|---|
| Declarant | Signature |

SA2023302914
66044880.docx