RICHARD J. KOPPEL-SBN 94045
32 Bellvista
Lake Forest, CA 92610
Tel.: (949) 690-7242
Email: richardkoppel16@att.net
Pro Se

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KOPPEL,<br><br>v.<br><br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff - Coroner of Orange County, State of California, and DOES 1 – 10.<br><br>        Defendants. | Case No.: 8:23-cv-00813-GW-DFM<br><br>NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION<br><br><br>[Filed concurrently with 1) Memorandum of Points and Authorities is Support of Motion, and 2) Declaration of Richard J. Koppel, and [Proposed] Order.]<br><br>U.S. Magistrate Judge Douglas F. McCormick<br>Courtroom: 6B<br>Date of Hearing:  09/12/2023<br>Time of Hearing:  10:00 a.m.<br>Complaint Filed: 05/09/2023 |

//

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September, 12, 2023 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 6B of the above-encaptioned court, located at 411 West 4th Street, Room 1053 Santa Ana, CA 92701-4516, Plaintiff Richard J. Koppel will, and hereby does, move for summary judgment under Rule 56 of the Federal Rules of Civil Procedure as to each claim asserted in Plaintiff's Third Amended Complaint for Declaratory and Injunctive Relief.

Plaintiff brings this motion because there is no genuine dispute that (1) Plaintiff, an ordinary law abiding citizen wishes to publicly carry a concealed pistol for lawful purposes, including self-defense, (2) such conduct is plainly covered by the protections granted by the Second Amendment to the United States Constitution incorporated against the states by the Fourteenth Amendment, (3) and Defendants have not met their burden of justifying California's laws which regulation prevents Plaintiff from pubic concealed carry.  Generally, those laws being §25400, which forbids public carry for most citizens, including Plaintiff, unless they are authorized a license pursuant to § 26150, the requirement of § 26150(a)(1) a license may not be issued unless proof be made of a persons good moral character, § 26150 leaves it up to the discretion of a Sheriff to deny or accept to issue a license to persons for whom all proof required by §26150(a) is made including but not limited to the use of the word "may", and § 26190(f)'s use to compel applicants to submit to psychological testing.

Please note that Plaintiff moves the Court to apply Canons of Construction to avoid one Constitutional issue with § 26150.  While §26150(a)(1) is to enjoined, so as

to avoid enjoining all of §26150 for the length of this case, Plaintiff suggest that the section merely be construed so that "may" is read as the peremptory words "shall" or "must".

Plaintiff further brings this motion because these California laws permit such wide discretion to be exercised so as deprive Plaintiff of Due Process of law and Defendant Barnes continues to violate California Penal Code § 26205 and its requirement for timely acceptance or denial of CCW applications.

This motion is based on the Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support, the supporting Declaration of Richard J. Koppel, including Exhibits attached thereto, and on any further matters the Court deems appropriate.

Dated: August 14, 2023

/s/Richard J. Koppel
Richard J. Koppel
Pro Se