Rob Bonta
Attorney General of California
R. Matthew Wise
Supervising Deputy Attorney General
Nicole J. Kau
Deputy Attorney General
State Bar No. 292026
  300 South Spring Street, Suite 1702
  Los Angeles, ca  90013-1230
  telephone:  (213) 269-6220
  fax:  (916) 731-2125
  e-mail:  nicole.kau@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta*

LEON J. PAGE, COUNTY COUNSEL
CAROLYN KHOUZAM, DEPUTY
State Bar No. 272166
and KAYLA N. WATSON, DEPUTY
State Bar No. 286423
400 W. Civic Center Drive, Suite 202
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-3300
Facsimile: (714) 834-2359
Email: kayla.watson@coco.ocgov.com
*Attorneys for Defendant Don Barnes, Orange County Sheriff-Coroner*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD J. KOPPEL,**<br><br>                      Plaintiff,<br><br>v.<br><br>**ROBERT BONTA, in his official capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff-Coroner of the County of Orange, State of California, and DOES 1-10,**<br><br>                      Defendants. | 8:23-cv-00813 (C.D. Cal.)<br><br>**[PROPOSED] ORDER ON DEFENDANTS' EX PARTE APPLICATION FOR STAY OF ALL PROCEEDINGS**<br><br>Courtroom: 9D<br>Judge: The Honorable George H. Wu<br>Trial Date: None set<br>Action Filed: May 9, 2023 |

Defendant Rob Bonta, Attorney General of the State of California, and Defendant Don Barnes, Sheriff-Coroner of the County of Orange's submitted its Ex Parte Application for Stay of All Proceedings.

Having read and considered the ex parte Application, the Memoranda and other papers filed by the parties,

IT IS ORDERED THAT:

1. All proceedings in this action, including discovery and briefing on Plaintiff's motion for a preliminary injunction, is stayed until October 16, 2023, pending the enactment of SB 2; and
2. The deadlines in the Court's Case Management and Scheduling Order, ECF No. 15, is extended by 90 days.

OR, IT IS ORDERED THAT:

1. The September 12, 2023 hearing on Plaintiff's motion for a preliminary injunction is continued to October 17, 2023, to allow Defendants sufficient time to prepare their opposition to the motion.

IT IS SO ORDERED.

Dated: _____     _____
                                    Honorable George Wu

SA2023302914
66163277.docx

# CERTIFICATE OF SERVICE

| Case Name: | **Koppel, Richard James v. Robert Bonta, et al.** | No. | **8:23-cv-00813 (C.D. Cal.)** |
|---|---|---|---|

I hereby certify that on August 17, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER ON DEFENDANTS' EX PARTE APPLICATION FOR STAY OF ALL PROCEEDINGS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 17, 2023, at Los Angeles, California.

| Libby Tecson | */S/ Libby Tecson* |
|---|---|
| Declarant | Signature |

SA2023302914
66168248.docx