RICHARD J. KOPPEL-SBN 94045
32 Bellvista
Lake Forest, CA 92610
Tel.: (949) 690-7242
Email: richardkoppel16@att.net
Pro Se

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KOPPEL,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff - Coroner of Orange County, State of California, and DOES 1 – 10.<br><br>    Defendants. | CASE NO. 8:23-CV-00813-GW-DFM<br><br>DECLARATION OF RICHARD J. KOPPEL IN OPPOSITION TO DEFENDANTS' JOINT EX PARTE APPLICATION FOR A STAY OF ALL PROCEEDINGS<br><br><br>Judge: The Honorable George Wu<br>Courtroom: 9B<br>Trial Date: None Set<br>Complaint Filed: May 9, 2023 |

//

I, Richard J. Koppel, declare and state as follows:

1.  I am Plaintiff Pro Se herein. I am also an attorney licensed to practice law in California, though I have taken inactive status. The facts stated in this declaration are within my own personal knowledge, and if called upon to do so, I could and would competently testify thereto.

2.  Since the filing of my opposition to this Ex Parte Application, I have been able to retrieve from Pacer the Declaration of Nicole Kau. While I was having difficulties with ECF, Attorney Kau replied to an email of mine regarding my difficulties and attempted to provide me with a copy of her Declaration and [Proposed] Order.

3.  The statement in ¶2 of the Kau Dec. is incorrect in that Exhibit A fails to include correspondence form me regarding mootness. Why it was omitted is becoming apparent, as I received Defendant Attorney Generals responses to the First Set of Interrogatories and First Set of Requests for Production.

4.  Attorney Kau complains of her busy calendar. ¶5 Kau Dec. I don't doubt that she is swamped and is short on hours to get her work done, but she says nothing about the support team and other attorneys available to assist her. I am a soon to be 76-year-old retired sole practitioner, without even a secretary and no experience in Federal Court, other than one or two appearances in U. S. Bankruptcy Court in 1981 to press a claim of a great aunt.

5. I have been able to briefly review the current text of SB2 and with slight tweeks it is more of the same. Whether to issue remains open to the discretion of the Sheriff, " if the applicant (1) reasonably likely to be a danger to self, others, or the community at large**, as demonstrated by anything in the application for a license or through the investigation described in subdivision (b), or as shown by the results of any psychological assessment, including,**

**but not limited to, the assessment described in subdivision (e) of Section 26190."**

6. Plaintiff just received Defendant Attorney Generals' Responses to 9 interrogatories and 9 Requests to Produce, and the Defendant produced nothing but objections. The Attorney General wants to make a war of this.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Executed on August 18, 2023,

                                /s/Richard J. Koppel
                                RICHARD J. KOPPEL

DECLARATION OF RICHARD J. KOPPEL IN OPPOSITION TO DEFENDANTS' JOINT EX PARTE APPLICATION FOR A STAY OF ALL PROCEEDINGS