# Exhibit E

----- Forwarded Message -----
**From:** Richard Koppel <richardkoppel16@att.net>
**To:** Sanchez, Carlos A <casanchez@ocsheriff.gov>
**Cc:** Gina Gallivan <ginalde@aol.com>
**Sent:** Wednesday, April 26, 2023, 01:33:31 PM PDT
**Subject:** Re: [EXTERNAL] Re: Examination

Dear Sergeant Sanchez,

Thank you for your email, which needs some clarification. I don't recall you saying anything to the effect that you are withdrawing or putting my application asided, but if you think that you did then you must have and it is my poor hearing. Anyway, I am not agreeable to anything being withdrawn of being put aside.

I hve also contacted Dr. Galvin by email and spoken with Karla, her assistant. about this and the need to get it scheduled beofre the end of this Friday.

Omce again, I want to thank you for calling me to discuss this matter. Hopefully, we can work things out.

Respctfully,

Richard J. Koppel

On Wednesday, April 26, 2023, 11:24:25 AM PDT, Sanchez, Carlos A <casanchez@ocsheriff.gov> wrote:

Mr. Koppel,

Per our discussion today, I understand your concerns with signing release forms possibly giving up some of your "future rights". You mentioned you are willing to complete the psychological evaluation but are not comfortable signing the required consent forms. You also mentioned you would be willing to complete the evaluation in person but are not sure how to arrange that since you are in Ladera Ranch. As I explained, I cannot change the consent forms required by the psychological evaluators because they have to abide by their policies and procedures which the Sheriff's Department does not control. We can only refer you to them and ask they utilize approved methods and best practice but cannot specifically tell them how to run the assessments or conduct their practice.

I will put your application aside (withdraw), as I mentioned over the phone, for now until an agreement can be made and you are able to complete the required psychological evaluation. You mentioned you may decide to contact Dr. Gallivan and try to schedule an appointment, once this is completed we can definitely reopen your application and continue with the process.

Just a reminder, the evaluation is only to determine whether you are "fit" or "unfit" to carry a concealed weapon and it is in no way intended to certify in any other aspect that you are psychologically fit or unfit.

I have copied Dr. Gallivan on this email for reference and to make sure there is no miscommunication. Feel free to contact me once you have scheduled your appointment so your application can be updated and once your evaluation is complete if you decide to move forward with it.

**Decl. CS - Exh. E-2**

Have a great day,

Carlos

**SERGEANT Carlos Sanchez #7241**



**Professional Standards Division**

**CCW – Business Licensing Unit**

-----Original Message-----
From: Richard Koppel <richardkoppel16@att.net>
Sent: Wednesday, March 29, 2023 11:13 AM
To: Gina Gallivan <ginalde@aol.com>
Cc: Sanchez, Carlos A <casanchez@ocsheriff.gov>
Subject: [EXTERNAL] Re: Examination

Dear Dr. Gallivan,

Thank you for somewhat clarifying your position. As I believe you are aware, my position is, as I have advised OCSD, that its referral to you violates Constitutionally protected conduct. I have also advised OCSD, and it is my position, that it is in violation of California law requiring it to have already either accepted or denied my application. Consequently, I have to consider if by agreeing to further delay I may prejudice my rights to a CCW.

You are not being agreeable to remote testing under acceptable concitions. The issue is now whether you are agreeable to in-person testing with the same conditions. That I will not agree to the so-called "concents". Please get back to me on this before 5:00 P.M. this Friday, March the 31st. Your failure to do so may be taken as a refusal to do the referred evaluation.

At the same time, kindly confirm that the general purpose for I have been referred is to assist OCSD in determining if I am off good moral character.

3

**Decl. CS - Exh. E-3**

OCSD is being copied on this in hopes of avoiding miscommunication and further delay.

Sincerely.

Richard J. Koppel

cc: Sergeant Carlos A. Sanchez

On Wednesday, March 29, 2023, 08:57:23 AM PDT, Gina Gallivan <ginalde@aol.com> wrote:

Dear Mr. Koppel,

Let me speak to the OCSD about your concerns. The company who provides us the standardized testing requires us to use the consent form. Without it, I am unable to provide the testing remotely. I will be in touch with you after I hear from the department.

Sincerely,

Gina Gallivan

Board Certified in Police & Public Safety Psychology Immediate Past Chair and Executive Board Member Police Psychological Services Section International Association of Chiefs of Police

www.helpforpolice.com

Decl. CS - Exh. E-5

Attention: This communication may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, duplication, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

On Tuesday, March 28, 2023, 11:30:13 PM PDT, Richard Koppel <richardkoppel16@att.net> wrote:

The self-explanatory attached letter needs attention.  Thank you.

ATTENTION: EXTERNAL EMAIL. USE CAUTION WHEN OPENING ATTACHMENTS OR CLICKING ON LINKS. REPORT SUSPICIOUS MESSAGES TO THE IT HELP DESK.