RICHARD J. KOPPEL
Inactive Member of
The State Bar of California
State Bar No. 95405
32 Bellvista
Lake Forest, CA 92610
Tel.: (949) 690-7242
Email: richardkoppel16@att.net
*Pro Se*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD J. KOPPEL,**<br><br>**Plaintiff,**<br><br>v<br><br>**ROBERT BONTA, in his official capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff-Coroner of the County of Orange, State of California, and DOES 1 – 10.**<br><br>**Defendants.** | Case No.: 8:23-cv-00813-GW-DFM<br><br>**REQUEST FOR JUDICIAL NOTICE OF DECLARATION OF CLAYTON CRAMER IN RESPONSE TO DECLARATIONS OF DEFENSE EXPERT WITNESS MICHAEL VORENBERG AND DEFENSE EXPERT WITNESSES ROBERT SPITZER**<br><br>**DATE:** OCTOBER 17, 2023<br>**TIME:** 10:00 A.M.<br>**CRTRM:** 6B<br>**COURT:** U.S.D.C. SANTA ANA<br>**BEFORE:** THE HONORABLE MAGISTRATE JUDGE DOUGLAS F. MCCORMICK<br><br>**COMPLAINT FILED:** 05/09/2023 |

**REQUEST FOR JUDICIAL NOTICE OF DECLARATION OF CLAYTON CRAMER IN RESPONSE TO DECLARATIONS OF DEFENSE EXPERTS**      1

REQUEST FOR JUDICIAL NOTICE

Plaintiff respectfully requests this honorable court to take judicial notice of the Declaration of Expert Witness Clayton Cramer file in response to the Declaration of Defense Expert Witness Michael Vorenberg and the Declaration of Defense Expert Witness Robert Spencer.  Mr. Cramer's declaration was filed October 2, 2023, in the United States District Court for the Southern District of California, Kim Rhode, et al. v. Rob Bonta, No. 3:18-cv-00802-BEN-JLB.  While that Second Amendment case primarily concerns ammunition laws, the Declaration of Clayton Cramer relates impeaching the declarations of the States expert witnesses.

Plaintiff could not have earlier made this request for judicial notice since it was only filed in Rhode on October 2 and Plaintiff was occupied tring to file his Reply due October 3. Yes, he filed 10 minutes late, for which Plaintiff apologizes to this Court and to defense counsel.

The Declaration of Clayton Cramer readily available to the court on ECM/ECF as document 95-1 in case no. 3:18-cv-0082-BEN-JLB, but if desired by this court Plaintiff will file a copy by ECM/ECF in this case,

deliver a copy to chambers by email to chambers, or as this court otherwise directs.

Most respectfully signed and submitted this October 4, 2023.

                                              /s/*Richard J. Koppel*
                                              RICHARD J. KOPPEL
                                              Pro Se