ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
NICOLE J. KAU
Deputy Attorney General
State Bar No. 292026
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6220
  Fax:  (916) 731-2125
  E-mail:  Nicole.Kau@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD J. KOPPEL,**<br><br>                     Plaintiff,<br><br>v.<br><br>**ROBERT BONTA, in his official capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff-Coroner of the County of Orange, State of California, and DOES 1-10,**<br><br>                     Defendants. | 8:23-cv-00813 (C.D. Cal.)<br><br>**DEFENDANT ATTORNEY GENERAL ROB BONTA'S OBJECTION TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF THE DECLARATION OF CLAYTON CRAMER**<br><br>Date:         October 17, 2023<br>Time:        10:00 a.m.<br>Courtroom:  9D<br>Judge:       The Honorable George H. Wu<br>Action Filed: May 9, 2023 |

## INTRODUCTION

Defendant Attorney General Rob Bonta objects to Plaintiff Richard Koppel's Request for Judicial Notice of the Clayton Cramer Declaration (Cramer Declaration) filed in another district court case to the extent that Plaintiff seeks judicial notice of the content and facts therein.  The objection is based on the well-established principle that a court may take judicial notice of a public record for the *existence* of the document, but not for the *truth of the facts* recited therein.  *Lee v.*

1

*City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001).

## BACKGROUND

After Defendant Bonta filed his Opposition to Plaintiff's Motion for Preliminary Injunction (ECF No. 30), Plaintiff filed his Reply brief and a Request for Judicial Notice of the Cramer Declaration filed in another case, *Rhode, et al. v. Rob Bonta*, No. 3:18-cv-00802-BEN-JLB, in the Southern District of California. *Rhode v. Bonta* presents a challenge to California's ammunition background check laws, and defendant Attorney General Rob Bonta filed Declarations of Robert Spitzer, Michael Vorenberg, and Jennifer McCutchen therein in compliance with a court order issued in that case. In response, the plaintiffs in that matter filed the Cramer Declaration, which purports to rebut the analysis in the three declarations filed by defendant Bonta.

## ARGUMENT

A court may judicially notice a fact that is relevant (*Adriana Int'l Corp. v. Thoeren*, 913 F.2d 1406, 1410, n.2 (9th Cir. 1990)) and not subject to reasonable dispute because it:

> (1) is generally known within the trial court's territorial jurisdiction; or
> (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

Fed. R. Evid. 201(b). As for public records, a court may take judicial notice of them not for the truth of the facts recited therein, but for the existence of the documents. *Lee*, F.3d at 690; *Paramount Contractors & Devs., Inc. v. City of Los Angeles*, 805 F. Supp. 2d 977, 987 (C.D. Cal. 2011), *aff'd*, 516 F. App'x 614 (9th Cir. 2013).

The Cramer Declaration was filed by the plaintiffs in *Rhode v. Bonta* in an attempt to rebut the findings in the Spitzer, Vorenberg, and McCutchen declarations that ammunition background check laws are consistent with the historical regulation of the Second Amendment. While the Spitzer and Vorenberg

declarations filed in *Rhode v. Bonta* have some similarities to the declarations filed in this matter, requesting judicial notice of a rebuttal declaration filed in another case is not a proper means to introduce rebuttal testimony here. In these circumstances, judicial notice should be denied, or in the alternative, must be limited to the existence of the declaration and should not extend to any arguments or alleged facts subject to dispute.

## CONCLUSION

Defendant Bonta objects to Plaintiff's request for judicial notice, and judicial notice of the Cramer Declaration should be denied. If granted, judicial notice should be limited to the existence of the Cramer Declaration and not extend to any factual assertions therein.

Dated: October 10, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

/S/ NICOLE J. KAU
NICOLE J. KAU
Deputy Attorney General
*Attorneys for Defendant Rob Bonta*

# CERTIFICATE OF SERVICE

Case Name: **Koppel, Richard James v. Robert Bonta, et al.**    No. **8:23-cv-00813 (C.D. Cal.)**

I hereby certify that on October 11, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ATTORNEY GENERAL ROB BONTA'S OBJECTION TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF THE DECLARATION OF CLAYTON CRAMER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 11, 2023, at Los Angeles, California.

Kevin Carballo
Declarant

*Kevin Carballo*
Signature

SA2023302914
POS.docx