RICHARD J. KOPPEL-SBN 94045
Inactive Member of
The State Bar of California
32 Bellvista
Lake Forest, CA 92610
Tel.: (949) 690-7242
Email: richardkoppel16@att.net
*Pro Se*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KOPPEL,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff-Coroner of the County of Orange, State of California, and DOES 1 – 10.<br><br>　　　　Defendants. | Case No.:  8:23-cv-00813-GW-DFM<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>DATE:　　NOVEMBER 1, 2023<br>TIME:　　10:00 A.M.<br>COURT:　　U.S.D.C. SANTA ANA<br>CRTRM:　　6B<br>JUDGE:　　HON. UNITED STATES MAGISTRATE JUDGE DOUGLAS F. MCCORMICK<br><br>ACTION FILED: 05/09/2023 |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that, on October 19, 2023, a Decision was reached in *James Miller v. Rob Bonta*, Case No.: 19-cv-01537 BEN (JLB) (S.D. Cal. Sept. 26, 2023.)

The Decision is relevant to several arguments raised in the parties' briefings filed in support and opposition to Plaintiff's Motion for a Preliminary Injunction, including whether a relevant National historical tradition exists that is so analogous to California Penal Code § 26150 and requiring a CCW permit, where open carry is not permitted, to justify those parts of the California firearms licensing regime.

Dated October 19, 2023.

/s/ *Richard J. Koppel*
RICHARD J. KOPPEL
*Pro Se*

# CERTIFICATE OF SERVICE
## BY CM/ECF

**Case Name:   Richard J. Koppel v. Robert Bonta, et al.**

**Case No. 8:23-cv-00813 (C.C. Cal.)**

I hereby certify that on October 19, 2023, I electronically filed the following document with the Clerk of the Court by using the SM/ECF system:

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

I certify that **all** participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that this Declaration was executed October 19, 2023, at Lake Forest, California.

/s/ *Debra C. Koppel*

DEBRA C. KOPPEL
Declarant