RICHARD J. KOPPEL-SBN 94045
32 Bellvista
Lake Forest, CA 92610
Tel.: (949) 690-7242
Email: richardkoppel16@att.net
Pro Se

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KOPPEL,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff - Coroner of Orange County, State of California, and DOES 1 – 10.<br><br>    Defendants. | Case No.: 8:23-cv-00813-GW-DFM<br><br>NOTICE OF ERRATA AND CORRECTION OF PLAINTIFF'S AMENDED NOTICE OF SUPPLEMENTAL AUTHORITY<br><br><br>U.S. Magistrate Judge Douglas F. McCormick<br>Courtroom: 6B<br>Date of Hearing: 11/1/2023<br>Time of Hearing: 10:00 a.m.<br>Complaint Filed: 05/09/2023 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD.

Please note that Plaintiff erroneously stated on Plaintiff's Amended Notice of Supplemental Authority that this action was filed March 5, 2023. The Complaint was filed 05/09/2023.

| | |
|---|---|
| Dated: October 20, 2023. | /s/Richard J. Koppel<br>Richard J Koppel<br>Pro Se |

# CERTIFICATE OF SERVICE
## BY CM/ECF

**Case Name:   Richard J. Koppel v. Robert Bonta, et al.**

**Case No. 8:23-cv-00813 (C.C. Cal.)**

I hereby certify that on October 20, 2023, I electronically filed the following document with the Clerk of the Court by using the SM/ECF system:

**NOTICE OF ERRATA AND CORRECTION OF PLAINTIFF'S AMENDED NOTICE OF SUPPLEMENTAL AUTHORITY**

AUTHORITY certify that **all** participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that this Declaration was executed October 20, 2023, at Lake Forest, California.

/s/ *Debra C. Koppel*

DEBRA C. KOPPEL
Declarant