RICHARD J. KOPPEL-SBN 94045
Inactive Member of
The State Bar of California
32 Bellvista
Lake Forest, CA 92610
Tel.: (949) 690-7242
Email: richardkoppel16@att.net
*Pro Se*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| RICHARD J. KOPPEL,<br><br>Plaintiff,<br><br>v<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff-Coroner of the County of Orange, State of California, and DOES 1 – 10.<br><br>Defendants. | **Case No.: 8:23-cv-00813-GW-DFM**<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR CONTINUANCE**<br><br>**DATE: NOVEMBER 1, 2023**<br>**TIME: 10:00 A.M.**<br>**COURT: U.S.D.C. SANTA ANA**<br>**CRTRM: 6B**<br>**JUDGE: HON. UNITED STATES MAGISTRATE JUDGE DOUGLAS F. MCCORMICK**<br><br>**ACTION FILED: MAY 9, 2023** |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL:**

**PLAINTIFF APPLIES FOR A CONTINUANCE OF THE ABOVE HEARING UNTIL** November 15 at the same time and place.

Plaintiff requests this continuance for good cause, being medical issues as per

the attached Declaration of Richard J. Koppel. Attorneys of record for each defendant have been contacted and neither opposes this request.

Dated October 30, 2023.

/s/ *Richard J. Koppel*
RICHARD J. KOPPEL
*Pro Se*

DECLARATION OF RICHARD J. KOPPEL

I, Richard J. Koppel, say in support of the attached Ex Parte Application for a Continuance that:

1. I am an inactive member of the State Bar of California in good standing.
2. I do not believe I can take the November 1, 2023, hearing due to medical issues that arose on Sunday, October 29, 2023, which required me to spend half the day in the Emergency Room with orders to call a specialist the next morning, which is today.
3. I contacted the specialist and the earliest appointment I could make is this coming Friday. That will be just for initial testing. I am told that additional testing will be in January.
4. I do not know what the medical issue is, but the specialist I am seeing did the initial work-up that determined that I have aggressive prostrate cancer. Until now it was believed to be in remission since completing radiation treatments last year.
5. At present I do not think I will be able to concentrate at the November 1, 2023, hearing whether I attend in person or remotely.
6. I do intend to present positions that I believe the Court will find to be meritorious.

I declare under penalty of perjury of the laws of the State of California that the above is true and correct.

Dated October 30, 2023.

/s/ *Richard J. Koppel*
RICHARD J. KOPPEL
*Pro Se*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| RICHARD J. KOPPEL,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff - Coroner of Orange County, State of California, and DOES 1 – 10.<br><br>Defendants. | Case No.: 8:23-cv-00813-GW-DFM<br><br>[PROPOSED] ORDER |

COMES NOW MAGISTRATE JUDGE DOUGLAS F, McCORMICK and,

WHEREAS no Defense counsel oppose the motion, and

WHEREAS good cause appears on account of medical reasons for a continuance,

THE CONTINUANCE IS GRANTED November 15, 2023, at 10:00 AM before MAGISTRATE JUDGE DOUGLAS F. McCORMICK in courtroom 6B of the Santa

Courthouse of the Sothern Division of the United States District Court for the Central District of California.

IT IS SO ORDERED.

DATED: ___________________________

DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

## BY CM/ECF

**Case Name: Richard J. Koppel v. Robert Bonta, et al.**

**Case No. 8:23-cv-00813 (C.C. Cal.)**

I hereby certify that on October 30, 2023, I electronically filed the following document with the Clerk of the Court by using the SM/ECF system:

PLAINATIFF'S EX PARTE APPLICATION FOR CONTINUANCE, DECLARATION OF RICHARD J. KOPPEL, AND [PROPOSED] ORDER

I certify that **all** participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that this Declaration was executed October 30, 2023, at Lake Forest, California.

*/s/ Debra C. Koppel*

DEBRA C. KOPPEL
Declarant