UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 23-00813-GW (DFM) | Date: | October 31, 2023 |
|---|---|---|---|
| Title | Richard J. Koppel v. Robert Bonta et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Jazmin Dorado for Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) Order Continuing Hearing**

   Plaintiff seeks a short continuance of tomorrow's hearing on his motion for a preliminary injunction. See Dkt. 44. Defendants do not oppose. For good cause shown, Plaintiff's application is **GRANTED** and the hearing is **CONTINUED** to November 14, 2023, at 10:00 a.m.