# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 8:23-CV-00813 GW (DFM) | Date: | November 14, 2023 |
|---|---|---|---|
| Title | Richard Koppel v. Robert Bonta, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | CS 11/14/2023 |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Richard Koppel | Nicole Kau<br>Kayla Watson<br>Carolyn Khouzman |

**Proceedings:** Motion for Preliminary Injunction [19]

Court issues a tentative ruling. Case called and the parties make their appearances. Parties argue motion. Court to issue Report and Recommendation.

:  33

Initials of Clerk:  nb