RICHARD J. KOPPEL-SBN 94045
Inactive Member of
The State Bar of California
32 Bellvista
Lake Forest, CA 92610
Tel.: (949) 690-7242
Email: richardkoppel16@att.net
*Pro Se*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KOPPEL,<br><br>          Plaintiff,<br><br>v<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff-Coroner of the County of Orange, State of California, and DOES 1 – 10.<br><br>          Defendants. | Case No.:  8:23-cv-00813-GW-DFM<br><br>**NOTICE OF ISSUANCE OF CCW**<br><br>**ACTION FILED: MAY 9, 2023** |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL:**

**Plaintiff, Richard J. Koppel, wishes to advise the Court that he has been issued a Carry Concealed Weapon license by the Orange**

**County Sheriff's Department. Its issuance was approved November 21, 2023, and it was issued on November 22, 2023.**

Dated: November 29, 2023.

                          /s/ *Richard J. Koppel*
                          RICHARD J. KOPPEL
                          *Pro Se*