LEON J. PAGE, COUNTY COUNSEL
CAROLYN M. KHOUZAM, DEPUTY (SBN 272166)
carolyn.khouzam@coco.ocgov.com
KAYLA N. WATSON, DEPUTY (SBN 286423)
kayla.watson@coco.ocgov.com
400 West Civic Center Drive, Suite 202
Santa Ana, California 92701
P.O. Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-3300
Facsimile: (714) 834-2359

Attorneys for Defendant DON BARNES,
ORANGE COUNTY SHERIFF-CORONER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KOPPEL,<br><br>                Plaintiff,<br><br>  v.<br><br>ROBERT BONTA, in his capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff-Coroner of the County of Orange, State of California, and DOES 1-10,<br><br>                Defendants. | Case No.   8:23-cv-00813-GW-DFM<br><br>Assigned to the Honorable Judge George H. Wu<br><br>Magistrate Judge: Honorable Douglas F. McCormick<br><br>**DECLARATION OF KAYLA N. WATSON REGARDING THE STATUS OF PLAINTIFF'S CCW APPLICATION** |

# DECLARATION OF KAYLA N. WATSON

I, Kayla N. Watson, declare as follows:

1. I have personal knowledge of the facts contained in this declaration unless such facts are stated on information and belief, in which case I believe them to be true. If called upon to testify, I could and would do so competently.

2. I am a licensed California attorney and currently employed by the Orange County Counsel's Office as a Deputy County Counsel. I represent Defendant Don Barnes, in his official capacity as Orange County Sheriff-Coroner.

3. As stated to the Court during oral argument on November 14, 2023, the Plaintiff, Richard Koppel, had completed the psychological examination on October 24, 2023. On October 30, 2023, the Orange County Sheriff's Department ("OCSD") was notified that Mr. Koppel passed the examination. See, ECF 48 at p. 4.

4. On November 21, 2023, OCSD approved Mr. Koppel's CCW application and sent him a letter informing him that his CCW license was ready for issuance. Attached as **Exhibit A** is a true and correct copy of the letter sent to Mr. Koppel via email on November 21, 2023.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of November, 2023, at Santa Ana, California.

_____
Kayla N. Watson

# EXHIBIT

# A

**EXHIBIT A**

Nov 21, 2023

ORDER NUMBER: DAOBSQEY6

NAME: Richard James Thomas Koppel

ADDRESS:

Lake Forest, California 92610

Congratulations! Your application for a Carry Concealed Weapon (CCW) License has been approved and is ready for issuance.

We are offering the option to process your license via US Postal Service. A member of our staff will be in touch with you to process payment over the phone and the new card license will be mailed to you via US Postal Service to the home address on file. You may also call in at 714-834-7229 or you can email us at ccwpermits@ocsheriff.gov. Please note we are processing a large volume of payments and may not be available to take your call. You can email us and we will place you in line to be called in the order your email has been received.

When it comes time to renew, it is your responsibility to submit a renewal application prior to expiration. Renewal reminders will be generated at 90 days prior to expiration. At that time if you have already submitted, you may disregard the reminder. To ensure that your license does not expire, you should start the renewal process no more than 90 to 120 days prior to the expiration date.

Thank you,

CCW Licensing Unit

320 N. Flower St., 4th Floor

Santa Ana, CA 92703

Phone: (714) 834-7229

Fax: (714) 834-5605

A-001