# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KOPPEL,<br><br>Plaintiff(s),<br><br>v.<br><br>ROBERT BONTA et al.,<br><br>Defendant(s). | Case No. SA CV 23-00813-GW (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

The Court further notes that on November 21, 2023, the Orange County Sheriff's Department approved Plaintiff's CCW application and sent him a letter informing him that his CCW license was ready for issuance. See Dkt. 50. This development is an additional reason why Plaintiff's motion is moot. See Genesis Healthcare Corp. v. Symczyk, 569 U.S. 66, 71-72 (2013); Lewis v. Continental Bank Corp., 494 U.S. 472, 477-78 (1990).

IT IS THEREFORE ORDERED that Plaintiff's motion for a preliminary injunction is denied as moot.

Date: December 6, 2023

_____
GEORGE H. WU
United States District Judge