UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SA CV 23-00813-GW (DFM) | Date: | January 16, 2024 |
|---|---|---|---|
| Title | Richard J. Koppel v. Robert Bonta et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order re: Plaintiff's Position

In May 2023, Plaintiff filed this lawsuit alleging that California's concealed carry weapon ("CCW") laws violated the United States Constitution. See Dkt. 1. At that time, Plaintiff's attempts to obtain a CCW license had been unsuccessful. In August 2023, Plaintiff moved for a preliminary injunction enjoining Defendants from enforcing various CCW provisions. See Dkt. 19.

In November 2023, the Court recommended the motion be denied as moot due to the passage of Senate Bill 2, which substantially modified California's CCW licensing scheme. See Dkt. 48. During the objections period, the parties informed the Court that Plaintiff's then-pending CCW application had been approved and his license was ready for issuance. See Dkts. 49, 50. Soon thereafter, Judge Wu accepted the Report and Recommendation. See Dkt. 51.

It is not clear where things now stand. Plaintiff has a CCW license, and his operative pleading principally challenges statutes that have been amended or eliminated. Additionally, the February 5, 2024 dispositive motion deadline is fast approaching. See Dkt. 15.

IT IS THEREFORE ORDERED that, no later than seven (7) days from the date of this order, Plaintiff shall file a statement of his position regarding the continuing prosecution of this case. Plaintiff is advised that failure to comply with this order may result in a recommendation of dismissal due to lack of prosecution and failure to comply with Court orders.