RICHARD J. KOPPEL-SBN 94045
Inactive Member of
The State Bar of California
32 Bellvista
Lake Forest, CA 92610
Tel.: (949) 690-7242
Email: richardkoppel16@att.net
*Pro Se*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KOPPEL,<br><br>            Plaintiff,<br><br>v<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff-Coroner of the County of Orange, State of California, and DOES 1 – 10.<br><br>            Defendants. | Case No.:  8:23-cv-00813-GW-DFM<br><br>**PLAINTIFF'S STATEMENT OF POSITION RE FURTHER PROSECUTION IN RESPONSE TO CHAMBERS ORDER ENTERED JANUARY 17, 2024**<br><br>**ACTION FILED: MAY 9, 2023** |

1. Plaintiff does not plan on continuing this case.

2. All parties have agreed to its dismissal with all parties to bear their own costs. A stipulation to that effect is being circulated.

//

**PLAINTIFF'S STATEMENT OF POSITION RE PROSECUTION**

PAGE 1

**3.** Plaintiff consents to dismissal of this case.

Dated: January 18, 2024.

                                    /s/ *Richard J. Koppel*
                                    RICHARD J. KOPPEL
                                    *Pro Se*

**PLAINTIFF'S STATEMENT OF POSITION RE PROSECUTION**