LEON J. PAGE, COUNTY COUNSEL
CAROLYN KHOUZAM, DEPUTY – State Bar No. 272166
KAYLA N. WATSON, DEPUTY – State Bar No. 286423
400 W. Civic Center Drive, Suite 202
Post Office Box 1379
Santa Ana, California 92702-1379
Telephone: (714) 834-3300
Facsimile: (714) 834-2359
Email: kayla.watson@coco.ocgov.com

Attorneys for Defendant
DON BARNES, ORANGE COUNTY SHERIFF-CORONER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD J. KOPPEL, | Case No. 8:23-cv-00813-GW-DFM |
| Plaintiff, | Assigned to the Honorable George H. Wu |
| v. | Magistrate Judge Douglas F. McCormick |
| ROBERT BONTA, in his capacity as Attorney General of the State of California, DON BARNES, in his official capacity as the Sheriff-Coroner of the County of Orange, State of California, and DOES 1-10. | **STIPULATED DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | |

//
//
//
//
//

-1-
STIPULATED DISMISSAL WITHOUT PREJUDICE

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

The parties, by and through their counsel, hereby voluntarily stipulate that all aspects of the captioned matter shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party to bear its own costs and attorneys' fees.

Accordingly, the entirety of the above-captioned matter is hereby dismissed, without prejudice.

**IT IS SO STIPULATED.**

DATED: January 18, 2024          LEON J. PAGE, COUNTY COUNSEL
                                 CAROLYN M. KHOUZAM, DEPUTY
                                 KAYLA N. WATSON, DEPUTY

                          By:    */s/ Kayla N. Watson*
                                 Kayla N. Watson, Deputy
                                 Attorneys for Defendant
                                 DON BARNES, ORANGE COUNTY SHERIFF-CORONER

DATED: January 18, 2024          ROB BONTA
                                 Attorney General of California
                                 LARA HADDAD
                                 Supervising Deputy Attorney General

                          By:    /S/NICOLE J. KAU
                                 NICOLE J. KAU
                                 Deputy Attorney General
                                 *Attorneys for Defendant*
                                 *Rob Bonta, Attorney General of California*

DATED: January 18, 2024

                          By:    */s/ Richard J. Koppel*
                                 Richard J. Koppel
                                 Attorney for Plaintiff, In Pro Per